STATE OF INDIANA ) IN THE ALLEN SUPERIOR COURT
) SS:
COUNTY OF ALLEN ) CAUSE NO.

AARON BRILES AND SARA )
BRETTELL, )
)
     Plaintiffs, )
)
v. )
)
WEAVER POPCORN )
MANUFACTURING, INC., And )
SPHERION STAFFING, LLC. )
)
     Defendant. )

**Exhibit A**

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**    Initiating   __X__     Responding _____   Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Plaintiffs, Aaron Briles and Sara Brettell _____.

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**CHRISTOPHER C. MYERS & ASSOCIATES**
Name: __Christopher C. Myers__     Attorney Number: __10043-02__
Name: __Ilene M. Smith__     Attorney Number: __22818-02__
Address: __809 S. Calhoun Street, Suite 400__   Phone: __(260) 424-0600__
    __Fort Wayne, IN 46802__     FAX: __(260) 424-0712__
E-Mail Address: cmyers@myers-law.com; ismith@myers-law.com; lkolb@myers-law.com

3.    There are other party members: Yes _____ No __X__

4.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

5.    I will accept service by FAX at the above noted number: Yes __X__     No _____

6.    There are related cases   Yes _____     No __X__ *(if yes, list on continuation page)*

7.    This form has been served on all other parties. Certificate of Service is attached: Yes _____ No __X__
8.    Additional information required by local rule: _____

__/s/ Christopher C. Myers__       __s/ Ilene M. Smith__
Attorney at Law
Attorney information shown above

**02D09-2012-CT-000627**

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

USDC IN/ND case 1:21-cv-00040-HAB-SLC   document 1-2   filed 01/27/21   page 2 of 57

Allen Superior Court 9

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| | |
|---|---|
| AARON BRILES AND SARA BRETTELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WEAVER POPCORN MANUFACTURING, INC., And SPHERION STAFFING, LLC. | ) ) ) ) |
| Defendant. | ) |

## COMPLAINT

The Plaintiffs, Aaron Briles and Sara Brettell, allege in their Complaint against Defendant

Weaver Popcorn Manufacturing, Inc., as follows

1. Plaintiffs Aaron Briles and Sara Brettell are residents of Noble County, previously
of Allen County in the state of Indiana.   Plaintiff Aaron Briles worked for Weaver
Popcorn Manufacturing, Inc., from May 13, 2019 to August 15, 2019.   Plaintiff
Sara L. Brettell worked for Weaver Popcorn Manufacturing, Inc., from July 3, 2019
to August 15, 2019.   Defendant Spherion Staffing, LLC is located in Allen County,
Indiana.

2. Defendant Weaver Popcorn Manufacturing, Inc., is a corporation authorized to do
business in the State of Indiana and does so at 408 West Landess Street, Van Buren,
Indiana 46991.   "Weaver Popcorn" has a registered agent, Brian Hamilton, whose
address is 4485 South Perry Worth Road, Whitestown, Indiana 46705.   The
principal office of Weaver Popcorn Manufacturing, Inc., is 4485 South Perry Worth

Road, Whitestown, Indiana 46705.   At all times Weaver Popcorn Manufacturing, Inc., was the "employer" of Plaintiffs Aaron Briles and Sara Brettell for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and the American's With Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.*   as amended by the ADAAA.

3.   Defendant Spherion Staffing, LLC, is a corporation authorized to do business in the State of Indiana and does so at 4112 East State Blvd., Fort Wayne, Indiana 46815. "Spherion" has a registered agent, Corporation Service Company, whose address is 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.   Spherion Staffing, LLC was the co-employer of the Plaintiffs.

4.   Plaintiff Sara Brettell filed a Charge of Discrimination against Weaver Popcorn (Charge No.: 470-2020-00550) (Exhibit A) and Spherion Staffing, LLC (Charge No.: 470-2020-00551) (Exhibit B) on or about November 13, 2019, copies of which are attached hereto and made a part hereof as Exhibits A & B.   The EEOC issued a Notice of Right to Sue in Charge No. 470-2020-00550 on or about October 7, 2020 (Exhibit C).   the EEOC issued a Determination in Charge No. 470-2020-00551 determining that Spherion Staffing, LLC's requirement that employees sign an agreement to shorten the statute of limitations to 180 days to file a lawsuit violated public policy (Exhibit D).

5.   Plaintiff Aaron Briles filed a Charge of Discrimination No.: 470-2020-00507 (against Weaver Popcorn) (Exhibit E) and Plaintiff Briles filed a Charge of discrimination against Spherion Staffing, LLC, Charge No. 470-2020-00508

(Exhibit F), copies of which are attached hereto and made a part hereof as Exhibits E & F.   The EEOC issued a Notice of Right to Sue as to Charge No. 470-2020-00507 on October 7, 2020 (Exhibit G).   The EEOC issued a Determination in Charge No. 407-2020-00508 determining Spherion Staffing, LLC's requirement that employees sign an agreement to shorten the statute of limitation to be in violation of public policy.   (Exhibit H).

6. Sara Brettell brings claims of discrimination and retaliation against Weaver Popcorn based upon the allegations set forth in Charge No. 470-2020-00550 (attached hereto and made apart here of as Exhibit A). Plaintiff Brettell claims that she was discriminated against and discharged on account of her sex (female), her pregnancy, retaliation for reporting and complaining about sex/pregnancy discrimination, and on account of sexual harassment/hostile work environment (and reporting sexual harassment).   Plaintiff Brettell also claims that she was disabled and/or considered as being disabled by the Defendant Weaver Popcorn when she became extremely ill (related to pregnancy complications) such that her illness substantially interfered with her everyday life activities of normal functioning and working.   Plaintiff Brettell was retaliated against and fired for reporting and complaining about sex discrimination/sexual harassment and for her illness related to her pregnancy, all in violation of Title VII, the Pregnancy Discrimination Act and the ADA.

7. Plaintiff Brettell claims that Spherion Staffing, LLC discriminated against her and retaliated against her for the reasons and based upon the allegations set forth in

Charge No. 470-2020-00551, a copy of which is attached hereto and made a part hereof as Exhibit B.

8. Plaintiff Aaron Briles contends that he was terminated for his relationship with his girlfriend, Sara Brettell.   Mr. Briles was terminated on August 15, 2019, despite performing up to the expectations of Weaver Popcorn, and he was fired as a result of his affiliation with and association with Sara Brettell.   See Charge No. 470-2020-00507 and Charge No. 470-2020-00508 (Exhibits E and F).

9. Both Plaintiffs, Sara Brettell and Aaron Briles, claim that Defendant Spherion Staffing, LLC, violated Title VII and the ADA by requiring the Plaintiffs to sign a form which shortened the statute of limitation which was in violation of public policy.   Plaintiffs seek declaratory and injunctive relief against Spherion prohibiting it from requiring workers to sign a form shortening the statute of limitation in violation of federal law (Title VII and the ADA).   Plaintiffs attach hereto the Determinations made by the EEOC that such forms violate public policy. (Exhibits D and H).

10. Defendant Weaver Popcorn acted intentionally and in reckless disregard of the federally protected civil rights of both Sara Brettell and Aaron Briles.   Each of the Plaintiffs lost their job and job-related benefits including income.   Each of the Plaintiffs suffered embarrassment, humiliation, financial distress, inconvenience, emotional distress, and other damages and injuries.   Because Defendant Weaver Popcorn acted intentionally and in reckless disregard of the Plaintiffs' rights, the Plaintiffs seek punitive damages.

4

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendant Weaver Popcorn for, back pay, front pay, humiliation, embarrassment, mental anguish, emotional distress, inconvenience, and for other compensatory damages and injuries.   Plaintiffs seek punitive damages against Defendant Weaver Popcorn.   Plaintiffs seek declaratory and injunctive relief against Spherion Staffing, LLC, to wit, that its requirement that Plaintiffs and similarly situated employees sign a form shortening the statute of limitations is in violation of public policy and contrary to law.   As against both Defendants, Plaintiffs seek reasonable attorney's fees and costs under Title VII and the ADA.

## JURY DEMAND

Pursuant to Rule 38(b) of the Indiana Rules of Civil Procedure, Plaintiffs demand a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:      (260) 424-0600
Facsimile:      (260) 424-0712
E-mail:         cmyers@myers-law.com
*Attorney for Plaintiffs*

5

**02D09-2012-CT-000627**

Filed: 12/23/2020 4:02 PM
Clerk

USDC IN/ND case 1:21-cv-00040-HAB-SLC document 1-2 filed 01/27/21 page 7 of 57

Allen Superior Court 9

Allen County, Indiana
BB

04:13:34 p.m. 11-12-2019      5

NOV/12/2019/TUE 05:42 PM            FAX No.                    P. 005

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2020-00550 |
| | | and EEOC |

**Equal Employment Opportunity Commission**

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Sara L. Brettell | 574-377-6806 | ▓▓▓▓▓ |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 413 Wiebke Road | Fort Wayne, IN 46806 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Weaver Popcorn | 25+ | 765-934-2101 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 408 West Landess Street | Van Buren IN 46991 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Spherion | 15+ | (260) 496-9900 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 4112 East State Blvd. | Fort Wayne IN 46815 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

*Hostile Work Environment*

| ☐ RACE | ☐ COLOR | ☒ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☐ AGE | ☒ DISABILITY | ☐ GENETIC INFORMATION | |
| ☒ Pregnancy Discrimination Act | | | | |

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 8/13/2019      Latest: 8/15/2019

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I.   The Complainant is a qualified Caucasian female who began working for the Respondent on July 3, 2019, through a recruitment agency Spherion. Approximately one week after she began working at the Respondent Weaver Popcorn's place of business, a co-worker named "Harold Sargent, Jr." began touching her and making inappropriate comments. The Complainant told him to stop, but he did not stop, in fact he escalated his behavior by pushing her into a wall and attempting to kiss her. The Complainant complained to a supervisor "Steve" and Harold was walked out and fired. The behavior was so outrageous that Complainant had to obtain a Protective Order, Cause No. 27D02-1908-PO-181 against Harold Sargent.

II.  Shortly thereafter, the Complainant learned she was pregnant. She missed two days of work due to morning sickness, and got a write up for lack of attendance. On August 13, she informed her supervisor at Weaver and Spherion that she needed to see the doctor due to issues with her pregnancy. She was informed by Spherion that she would be fired if she went to the doctor's appointment, and was refused permission to go. On August 15, she became extremely ill, and was throwing up at work. Her supervisor at Respondent Weaver Popcorn, Steve, told her she had to go home, as it was Weaver policy. She asked if it would be excused because she did not want another write-up, or to lose her job. Steve said "yes" it would be excused. On Friday (August 16) of that same week she went to work, and Stephanie from Spherion came and told her she was suspended for leaving work and going home, and that the Complainant would learn on Monday, August 19, if she still had a job. On Monday the Complainant received a text stating she was

EXHIBIT
A

NOV/12/2019/TUE 05:42 PM                    FAX No.                        P. 006

fired. When Complainant reviewed her online paystubs, she learned she was terminated on 8/15/2019 – the same day she was sent home by Steve, due to being ill at work - and told her absence was excused.

III.     The Complainant alleges that she was retaliated against in-part for alleging sexual harassment in violation of Title VII, for which the Respondent company perceived her as a "trouble maker"; Complainant alleges she was discriminated against in violation of the Pregnancy Act, as well as the ADA, as amended, for her perceived disability due to her illness and inability to work/being sent home while throwing up. Neither Respondent Weaver nor Spherion attempted to engage in any interactive process, or attempted to work with Complainant to find a reasonable accommodation for the Complainant to allow her to work while pregnant, and to attend necessary and needed medical appointments for her pregnancy. Respondents' conduct was willful, deliberate, intentional and in disregard of the Complainants Constitutional Rights, and in direct violation of Title VII, 42 U.S.C. 2000(e), for retaliation against her complaining of sexual harassment, and the Pregnancy Discrimination Act of 1978 (PDA), which prohibits sex discrimination on the basis of pregnancy. Complainant alleges she was also discriminated against pursuant to the ADA, because of her perceived disability/inability to work. Respondents' action resulted in loss of income and benefits, emotional distress and humiliation and other damages.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

11-12-2019                    Dana Brown
Date                          Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

11-12-2019

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

**02D09-2012-CT-000627**

Filed: 12/23/2020 4:02 PM
Clerk

USDC IN/ND case 1:21-cv-00040-HAB-SLC   document 1-2   filed 01/27/21   page 9 of 57

Allen Superior Court 9

Allen County, Indiana
BB

NOV/12/2019/TUE 05:42 PM                                    FAX NO.                                    P. 005

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 470-2020-00551 |

| Equal Employment Opportunity Commission | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sara L. Brettell | 574-377-6806 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 413 Wiebke Road | Fort Wayne, IN 46806 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Weaver Popcorn | 25+ | 765-934-2101 |

| Street Address | City, State and ZIP Code |
|---|---|
| 408 West Landess Street | Van Buren IN 46991 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Spherion | 15+ | (260) 496-9900 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4112 East State Blvd. | Fort Wayne IN 46815 |

| DATE(S) DISCRIMINATION TOOK PLACE |
|---|
| Earliest 8/13/2019    Latest 8/15/2019 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   Hostile Work Environment   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION

☒ Pregnancy Discrimination Act

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I. The Complainant is a qualified Caucasian female who began working for the Respondent on July 3, 2019, through a recruitment agency Spherion. Approximately one week after she began working at the Respondent Weaver Popcorn's place of business, a co-worker named "Harold Sargent, Jr." began touching her and making inappropriate comments. The Complainant told him to stop, but he did not stop, in fact he escalated his behavior by pushing her into a wall and attempting to kiss her. The Complainant complained to a supervisor "Steve" and Harold was walked out and fired. The behavior was so outrageous that Complainant had to obtain a Protective Order, Cause No. 27D02-1908-PO-181 against Harold Sargent.

II. Shortly thereafter, the Complainant learned she was pregnant. She missed two days of work due to morning sickness, and got a write up for lack of attendance. On August 13, she informed her supervisor at Weaver and Spherion that she needed to see the doctor due to issues with her pregnancy. She was informed by Spherion that she would be fired if she went to the doctor's appointment, and was refused permission to go. On August 15, she became extremely ill, and was throwing up at work. Her supervisor at Respondent Weaver Popcorn, Steve, told her she had to go home, as it was Weaver policy. She asked if it would be excused because she did not want another write-up, or to lose her job. Steve said "yes" it would be excused. On Friday (August 16) of that same week she went to work, and Stephanie from Spherion came and told her she was suspended for leaving work and going home, and that the Complainant would learn on Monday, August 19, if she still had a job. On Monday the Complainant received a text stating she was

EXHIBIT
B

fired. When Complainant reviewed her online paystubs, she learned she was terminated on 8/15/2019 – the same day she was sent home by Steve, due to being ill at work - and told her absence was excused.

III.    The Complainant alleges that she was retaliated against in-part for alleging sexual harassment in violation of Title VII, for which the Respondent company perceived her as a "trouble maker"; Complainant alleges she was discriminated against in violation of the Pregnancy Act, as well as the ADA, as amended, for her perceived disability due to her illness and inability to work/being sent home while throwing up. Neither Respondent Weaver nor Spherion attempted to engage in any interactive process, or attempted to work with Complainant to find a reasonable accommodation for the Complainant to allow her to work while pregnant, and to attend necessary and needed medical appointments for her pregnancy. Respondents' conduct was willful, deliberate, intentional and in disregard of the Complainants Constitutional Rights, and in direct violation of Title VII, 42 U.S.C. 2000(e), for retaliation against her complaining of sexual harassment, and the Pregnancy Discrimination Act of 1978 (PDA), which prohibits sex discrimination on the basis of pregnancy. Complainant alleges she was also discriminated against pursuant to the ADA because of her perceived disability/inability to work. Respondents' action resulted in loss of income and benefits, emotional distress and humiliation and other damages.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11-12-2019      Dara B____
Date            Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

11-12-2019

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Sara L. Brettell<br>413 Wiebke Road<br>Fort Wayne, IN 46806 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative<br>**Michelle D. Ware,**<br>**Enforcement Supervisor** | Telephone No. |
|---|---|---|
| **470-2020-00550** | | **(463) 999-1184** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| **X** | More than 180 days have passed since the filing of this charge. |
|---|---|
| ☐ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| **X** | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**OCT 0 7 2020**

Enclosures(s)

**Michelle Eisele,**
**District Director**

*(Date Mailed)*

cc:     Edward E. Hollis
    Partner
    **FAEGRE DRINKER BIDDLE & REATH LLP**
    **300 N. Meridian Street**
    **Suite 2500**
    **Indianapolis, IN 46204**

    Christopher C. Myers
    **CHRISTOPHER C. MYERS & ASSOCIATES**
    809 S. Calhoun Street, Suite 400
    Fort Wayne, IN 46802

EXHIBIT
C

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Indianapolis District Office**

101 West Ohio Street, Suite 1900
Indianapolis, IN 46204-4203
(463) 999-1162
TTY (317) 226-5162
FAX (317) 226-7953 & 5571

OCT 0 6 2020

Sara Brettell
413 Wiebke Road
Fort Wayne, Indiana 46806

Charge Number: 470-2020-00551

Charge Party

Spherion Staffing, LLC
4112 East State Boulevard
Fort Wayne, Indiana 46815

Respondent

<u>DETERMINATION</u>

I issue the following determination as to the merits of the charge.

The Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq. (Title VII) and the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. 12101 et seq. (ADA). The timeliness requirement and all other requirements for coverage have been met.

The Charging Party alleges Respondent discriminated against her based on her sex, female (pregnancy), subjected her to sexual harassment based on her sex, and retaliated against her for engaging in a protected activity, in violation of Title VII. The Charging Party further alleges that Respondent failed to provide her a reasonable accommodation based on her disability and regarded her as disabled resulting in discipline and discharge, in violation of the ADA.

The Respondent denies these allegations.

The Commission is unable to conclude that the information obtained establishes violations of its statutes regarding Charging Party's specific allegations of Title VII and ADA discrimination. This does not certify that the Respondent is in compliance with the statutes.

It was discovered during the investigation, the Respondent's Employment Policies and Procedures require employees to sign an agreement to shorten the statute of limitation to 180 days to file a lawsuit arising out of employment with or termination by the company. This waiver restricts the time employees must pursue judicial proceedings which interferes with the protected right of employees. The Respondent violates public policy by shortening the time

EXHIBIT
D

employees must pursue judicial proceedings since the EEOC has the exclusive right to the initial investigation and the issuance of a right to sue notification in order to file the case in court, in violation of Title VII and the ADA.

The Commission makes no findings regarding any other allegation(s) made in the charge.

The Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in EEOC investigations is also prohibited. These protections apply regardless of the EEOC's determination on the merits of the Charge.

> According to Section 706(b) Title VII of the Civil Rights Act of 1964, as amended, requires that if the EEOC determines that there is reasonable cause to believe that the charge is true, it shall endeavor to eliminate the alleged unlawful practices by informal methods of conference, conciliation, and persuasion.

Having determined that there is reason to believe that a violation occurred, the Commission now invites the Respondent to join with it in a collective effort toward a just resolution of this matter.

The Charging Party's specific allegations of discrimination based on sexual harassment, pregnancy, disability, regarded as disabled, and retaliation may only be pursued further by filing suit against the Respondent named in the Charge in Federal District Court within 90 days of the Charging Party's receipt of this letter.  Therefore, if a suit is not filed within this 90-day period, the Charging Party's right to sue will be lost.

On Behalf of the Commission:

Michelle Eisele
District Director

Cc: Christopher C. Myers & Associates
809 S. Calhoun Street
Suite 400
Fort Wayne, IN  46802-2307

Kiran Lopez
Seyfarth Shaw, LLP
560 Mission Street, Suite 3100
San Francisco, CA  94105

**02D09-2012-CT-000627**

Filed: 12/23/2020 4:02 PM
Clerk

USDC IN/ND case 1:21-cv-00040-HAB-SLC document 1-2 filed 01/27/21 page 14 of 57
Allen Superior Court 9
Allen County, Indiana
BB

02:58:01 p.m. 11-08-2019 | 5

NOV/08/2019/FRI 04:26 PM          FAX No.          P. 005

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2020-00607 |

Equal Employment Opportunity Commission          and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Aaron Briles | 765-329-0474 | ▆▆▆▆▆ |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 736 | Hartford City, IN 47348 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Weaver Popcorn | 25+ | 765-934-2101 |

| Street Address | City, State and ZIP Code |
|---|---|
| 408 West Landess Street | Van Buren IN 46991 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Spherion | 15+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4112 East State Blvd. | Fort Wayne IN 46815 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

Hostile Work Environment

| ☒ RACE | ☐ COLOR | ☒ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☐ AGE | ☒ DISABILITY | ☐ GENETIC INFORMATION | |
| | ☒ Discrimination by Association | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 8/15/2019   Latest 8/15/2019

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I.   The Complainant is a qualified Caucasian male who began working for the Respondent on May 13, 2019, through a recruitment agency Spherion. Complainant was in a relationship with Sara L. Brettell who has filed a separate Charge of Discrimination, alleging that she was retaliated against in-part for alleging sexual harassment in violation of Title VII, for which the Respondent company perceived her as a "trouble maker"; Complainant alleges he was discriminated against in due to his association with his significant other/fiancé, Sara L. Brettell, and in retaliation for her complaining of sexual harassment, and being pregnant in the workplace, all in violation of Title VII, the Pregnancy Discrimination Act and the ADA, as amended. He was summarily terminated on August 15, 2019, despite performing up to the expectations of the Respondent on the sole basis of his association with Sara Brettell.

II.   The actions of the Respondent employers were deliberate, retaliatory and in violation of the Complainant's civil rights, as promulgated under Title VII, the PDA, and the ADA, as amended. As a result of the Respondents deliberate discriminatory action, the Complainant suffered loss of his job, loss of income and other benefits, emotional distress, humiliation and other damages and injury.

EXHIBIT
E

02:58:01 p.m. 11-08-2019    6

NOV/08/2019/FRI 04:27 PM                    FAX No.                         P. 006

I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

11-8-19
Date

Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

11-08-2019

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20  2024

**02D09-2012-CT-000627**

USDC IN/ND case 1:21-cv-00040-HAB-SLC document 1-2 filed 01/27/21 page 16 of 57

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

Allen Superior Court 9

02: 58:01 p.m. 11-08-2019   5

NOV/08/2019/FRI 04:26 PM                FAX No.                              P. 005

---

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 470-2020-00508 |

**Equal Employment Opportunity Commission** and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Aaron Briles | 765-329-0474 | ▬▬ |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 736 | Hartford City, IN 47348 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Weaver Popcorn | 25+ | 765-934-2101 |

| Street Address | City, State and ZIP Code |
|---|---|
| 408 West Landess Street | Van Buren IN 46991 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Spherion | 15+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4112 East State Blvd. | Fort Wayne IN 46815 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

Hostile Work Environment

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☒ Discrimination by Association

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 8/15/2019  Latest 8/15/2019

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)*

I.  The Complainant is a qualified Caucasian male who began working for the Respondent on May 13, 2019, through a recruitment agency Spherion. Complainant was in a relationship with Sara L. Brettell who has filed a separate Charge of Discrimination, alleging that she was retaliated against in-part for alleging sexual harassment in violation of Title VII, for which the Respondent company perceived her as a "trouble maker"; Complainant alleges he was discriminated against in due to his association with his significant other/fiancé, Sara L. Brettell, and in retaliation for her complaining of sexual harassment, and being pregnant in the workplace, all in violation of Title VII, the Pregnancy Discrimination Act and the ADA, as amended. He was summarily terminated on August 15, 2019, despite performing up to the expectations of the Respondent on the sole basis of his association with Sara Brettell.

II.  The actions of the Respondent employers were deliberate, retaliatory and in violation of the Complainant's civil rights, as promulgated under Title VII, the PDA, and the ADA, as amended. As a result of the Respondents deliberate discriminatory action, the Complainant suffered loss of his job, loss of income and other benefits, emotional distress, humiliation and other damages and injury.

EXHIBIT
F

NOV/08/2019/FRI 04:27 PM                    FAX No.                         P. 006

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11-8-19
Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

11-08-2019

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

**02D09-2012-CT-000627**

EEOC Form 161-B (11/16)

USDC IN/ND case 1:21-cv-00040-HAB-SLC document 1-2 filed 01/27/21 page 18 of 57

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Aaron Briles**<br>**P.O. Box 736**<br>**Hartford City, IN 47348** | From: **Indianapolis District Office**<br>**101 West Ohio Street**<br>**Suite 1900**<br>**Indianapolis, IN 46204** |

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **470-2020-00507** | **Michelle D. Ware,**<br>**Enforcement Supervisor** | **(463) 999-1184** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Michelle Eisele,**
**District Director**

OCT 0 7 2020

*(Date Mailed)*

Enclosures(s)

cc:
| | |
|---|---|
| **Edward E. Hollis**<br>**Partner**<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>**300 N. Meridian Street**<br>**Suite 2500**<br>**Indianapolis, IN 46204** | **Christopher C. Myers**<br>**CHRISTOPHER C. MYERS & ASSOCIATES**<br>**809 Calhoun Street, Suite 400**<br>**Fort Wayne, IN 46802** |

EXHIBIT
G

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Indianapolis District Office**

101 West Ohio Street, Suite 1900
Indianapolis, IN 46204-4203
(463) 999-1162
TTY (317) 226-5162
FAX (317) 226-7953 & 5571

OCT 0 6 2020

Aaron Briles
P.O. Box 736
Hartford City, Indiana 47348

Charge Number: 470-2020-00508

Charge Party

Spherion Staffing, LLC
4112 East State Boulevard
Fort Wayne, Indiana 46815

Respondent

DETERMINATION

I issue the following determination as to the merits of the charge.

The Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq. (Title VII) and the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. 12101 et seq. (ADA). The timeliness requirement and all other requirements for coverage have been met.

The Charging Party alleges Respondent discriminated against him based his sex (male), race (white), and retaliated against him due to his association with his pregnant fiancée/former employee who engaged in a protected activity, in violation of Title VII. The Charging Party further alleges that he was discriminated against under the ADA when Respondent discharged him due to his association with his pregnant fiancée, in violation of the ADA.

The Respondent denies these allegations.

The Commission is unable to conclude that the information obtained establishes violations of its statutes regarding Charging Party's specific allegations of Title VII and ADA discrimination. This does not certify that the Respondent is in compliance with the statutes.

It was discovered during the investigation, the Respondent's Employment Policies and Procedures require employees to sign an agreement to shorten the statute of limitation to 180 days to file a lawsuit arising out of employment with or termination by the company. This waiver restricts the time employees must pursue judicial proceedings which interferes with the protected right of employees. The Respondent violates public policy by shortening the time

EXHIBIT
H

employees must pursue judicial proceedings since the EEOC has the exclusive right to the initial investigation and the issuance of a right to sue notification in order to file the case in court, in violation of Title VII and the ADA.

The Commission makes no findings regarding any other allegation(s) made in the charge.

The Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in EEOC investigations is also prohibited. These protections apply regardless of the EEOC's determination on the merits of the Charge.

> According to Section 706(b) Title VII of the Civil Rights Act of 1964, as amended, requires that if the EEOC determines that there is reasonable cause to believe that the charge is true, it shall endeavor to eliminate the alleged unlawful practices by informal methods of conference, conciliation, and persuasion.

Having determined that there is reason to believe that a violation occurred, the Commission now invites the Respondent to join with it in a collective effort toward a just resolution of this matter.

The Charging Party's specific allegations of discrimination based on his sex, race, retaliation, and association with his pregnant fiancée/former employee may only be pursued further by filing suit against the Respondent named in the Charge in Federal District Court within 90 days of the Charging Party's receipt of this letter.  Therefore, if a suit is not filed within this 90-day period, the Charging Party's right to sue will be lost.

On Behalf of the Commission:

Michelle Eisele
District Director

Cc:  Christopher C. Myers & Associates
      809 S. Calhoun Street
      Suite 400
      Fort Wayne, IN  46802-2307

      Kiran Lopez
      Seyfarth Shaw, LLP
      560 Mission Street, Suite 3100
      San Francisco, CA  94105

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

       Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

       Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN   46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:    Corporation Service Company
       c/o Spherion Staffing, LLC
       135 N. Pennsylvania Street, Suite 1610
       Indianapolis, Indiana 46204

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

  __XX__   Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

  _____   Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: ___12/28/2020___

*Christopher M. Nancarrow*   BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers      (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State           Zip Code

(260) 424-0600        10043-02
Telephone Number     Attorney Number

(Seal)

ALLEN COUNTY CLERK
**SEAL**
INDIANA

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____   personal service
_____   leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____   regular mail
_____   certified mail
_____   publication

**OTHER** manner of service:
__XX__   attorney to serve
_____   private process server, _____
_____   other (describe in particular and note Trial Rule)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .

_____
Signature of Party        Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**        (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
|   (B) with the spouse, named: | (E) with a secretary, named: |
|   (C) with a relative, named: | (F) with the attorney, named: |
|   (D) at the residence, located at: | (H) with this person (other-specify): |
|   (E) with the employer, named: _____ | |

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____ .
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because: (_____)**

| | |
|---|---|
| (I)   The party was NOT FOUND / NO SUCH ADDRESS. | (R)   the party was on VACATION. |
| (J)   the document EXPIRED. | (S)   the party was NOT FOUND / VACANT. |
| (K)   the party AVOIDED service. | (T)   the party was NOT FOUND / MOVED. |
| (L)   the party REFUSED service. | (U)   the party was NOT FOUND IN THIS BAILIWICK. |
| (M)   the party was NO LONGER EMPLOYED at the address. | (V)   INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N)   the document was RETURNED by the authority of the Plaintiff. | (W)   they are NO LONGER IN BUSINESS. |
| (O)   the party is DECEASED. | (X)   several attempts were made / UNABLE TO SERVE. |
| (P)   the party was UNKNOWN AT THAT ADDRESS. | (Y)   of the following reason (OTHER-specify): |
| (Q)   the party was on SICK LEAVE / LAY OFF. | _____ |

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____
_____
Date Served / Attempted        Time Served / Attempted

_____
Signature of Sheriff of Allen County, Indiana (or other officer)

_____
(Printed Name of Process Server)

By: _____
Signature of Process Server

**02D09-2012-CT-000627**

STATE OF INDIANA

COUNTY OF ALLEN

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN  46802
Telephone: (260) 449-3491

Case Number:

AARON BRILES AND SARA BRETTELL

Plaintiffs

AND/VS

# SUMMONS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

Defendants

TO:     Spherion Staffing, LLC
        c/o Highest Ranking Official
        4112 East State Blvd.
        Fort Wayne, Indiana 46815

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX___  Certified Mail         You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____  Personal Service     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: ___12/28/2020___

*Christopher M. Nancarrow* BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers              (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

(Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State                          Zip Code

(260) 424-0600                    10043-02
Telephone Number           Attorney Number

**ALLEN COUNTY CLERK**
**SEAL**
**INDIANA**

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____   personal service
_____   leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____   regular mail
_____   certified mail
_____   publication

**OTHER** manner of service:
__XX___   attorney to serve
_____   private process server, _____
_____   other (describe in particular and note Trial Rule)

_____

08/2000     sum (CLK 298,fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____.

_____
Signature of Party          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**          ( _____ )

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
     (B) with the spouse, named:     (E) with a secretary, named:
     (C) with a relative, named:      (F) with the attorney, named:
     (D) at the residence, located at:    (H) with this person (other-specify):
     (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____.
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because: (** _____ **)**

(I) The party was NOT FOUND / NO SUCH ADDRESS.   (R) the party was on VACATION.
(J) the document EXPIRED.           (S) the party was NOT FOUND / VACANT.
(K) the party AVOIDED service.         (T) the party was NOT FOUND / MOVED.
(L) the party REFUSED service.         (U) the party was NOT FOUND IN THIS BAILIWICK.
(M) the party was NO LONGER EMPLOYED at the address. (V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(N) the document was RETURNED by the authority of the Plaintiff. (W) they are NO LONGER IN BUSINESS.
(O) the party is DECEASED.          (X) several attempts were made / UNABLE TO SERVE.
(P) the party was UNKNOWN AT THAT ADDRESS.   (Y) of the following reason (OTHER-specify):
(Q) the party was on SICK LEAVE / LAY OFF.

             _____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____
_____      _____
Date Served / Attempted  Time Served / Attempted  Signature of Sheriff of Allen County, Indiana (or other officer)

_____      By: _____
(Printed Name of Process Server)    Signature of Process Server

**02D09-2012-CT-000627**

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

       Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

       Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN 46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:     Brian Hamilton, Registered Agent
        c/o Weaver Popcorn Manufacturing, Inc.
        4485 South Perry Worth Road
        Whitestown, Indiana 46705

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

  XX    Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____   Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**. The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  12/28/2020
_____

_Christopher M. Nancarrow_  BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers     (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State          Zip Code

(260) 424-0600       10043-02
Telephone Number    Attorney Number

    (Seal)

(ALLEN COUNTY CLERK — SEAL — INDIANA)

## MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
    _____  personal service
    _____  leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
    _____  regular mail
    _____  certified mail
    _____  publication

**OTHER** manner of service:
    __XX__  attorney to serve
    _____  private process server, _____
    _____  other (describe in particular and note Trial Rule)

08/2000   sum (CLK 298,fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .

_____
Signature of Party          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**          (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
(B) with the spouse, named:                    (E) with a secretary, named:
(C) with a relative, named:                    (F) with the attorney, named:
(D) at the residence, located at:              (H) with this person (other-specify):
(E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____ .
Last known address of person named in the document (or Change of Address)

**I did _not_ serve a copy of this Summons because: (_____)**

(I)   The party was NOT FOUND / NO SUCH ADDRESS.          (R)   the party was on VACATION.
(J)   the document EXPIRED.                               (S)   the party was NOT FOUND / VACANT.
(K)   the party AVOIDED service.                          (T)   the party was NOT FOUND / MOVED.
(L)   the party REFUSED service.                          (U)   the party was NOT FOUND IN THIS BAILIWICK.
(M)   the party was NO LONGER EMPLOYED at the address.    (V)   INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(N)   the document was RETURNED by the authority of the Plaintiff.   (W)   they are NO LONGER IN BUSINESS.
(O)   the party is DECEASED.                              (X)   several attempts were made / UNABLE TO SERVE.
(P)   the party was UNKNOWN AT THAT ADDRESS.              (Y)   of the following reason (OTHER-specify):
(Q)   the party was on SICK LEAVE / LAY OFF.              _____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____    _____    _____
Date Served / Attempted          Time Served / Attempted          Signature of Sheriff of Allen County, Indiana (or other officer)

_____    By: _____
(Printed Name of Process Server)                     Signature of Process Server

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

       Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

       Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN   46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:    Weaver Popcorn Manufacturing, Inc.
      c/o Highest Ranking Official
      408 West Landess Street
      Van Buren, Indiana 46991

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

  XX    Certified Mail     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____  Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  12/28/2020

*Christopher M. Nancarrow* BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers      (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State           Zip Code

(260) 424-0600         10043-02
Telephone Number       Attorney Number

(Seal)

ALLEN COUNTY CLERK

SEAL

INDIANA

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____  personal service
_____  leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____  regular mail
_____  certified mail
_____  publication

**OTHER** manner of service:
  XX    attorney to serve
_____  private process server, _____
_____  other (describe in particular and note Trial Rule)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .

_____
Signature of Party        Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**        (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
        (B) with the spouse, named:        (E) with a secretary, named:
        (C) with a relative, named:        (F) with the attorney, named:
        (D) at the residence, located at:        (H) with this person (other-specify):
        (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____ .
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because: (_____)**

(I)   The party was NOT FOUND / NO SUCH ADDRESS.
(J)   the document EXPIRED.
(K)   the party AVOIDED service.
(L)   the party REFUSED service.
(M)   the party was NO LONGER EMPLOYED at the address.
(N)   the document was RETURNED by the authority of the Plaintiff.
(O)   the party is DECEASED.
(P)   the party was UNKNOWN AT THAT ADDRESS.
(Q)   the party was on SICK LEAVE / LAY OFF.

(R)   the party was on VACATION.
(S)   the party was NOT FOUND / VACANT.
(T)   the party was NOT FOUND / MOVED.
(U)   the party was NOT FOUND IN THIS BAILIWICK.
(V)   INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W)   they are NO LONGER IN BUSINESS.
(X)   several attempts were made / UNABLE TO SERVE.
(Y)   of the following reason (OTHER-specify):

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____        _____
Date Served / Attempted        Time Served / Attempted        Signature of Sheriff of Allen County, Indiana (or other officer)

_____        By: _____
    (Printed Name of Process Server)        Signature of Process Server

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ALLEN | ) | CASE NO._____ |

AARON BRILES AND SARA BRETTELL,    )
                                       )

       Plaintiff                )
                                         )

v.                                          )
                                         )

WEAVER POPCORN AND SPHERION     )
                                          )

       Defendants.            )

## VERIFIED MOTION FOR WAIVER OF FILING FEE

We, Aaron Briles and Sara Brettell, file a motion for the waiver of filing fee, as follows:

1.  We wish to file an action in the Allen Superior Court and we believe that we have a case with merit.

2.  We cannot pay any of the filing fees or other costs of this action because we do not have sufficient income or resources.

3.  The names, ages and relationship of the individuals living in my household are: _Sara Brettell 27, Harmanns 3, Enzlee Brettell 8 months_.

4.  The total monthly income of **all the individuals living in my household** is:

| | |
|---|---|
| Wages | _720_ |
| Unemployment Compensation | _____ |
| AFDC / TANF Benefits | _____ |
| SSI / SSD Benefits | _____ |
| Child Support | _____ |
| Other (Describe) | _____ |
| | **Total =** _720_ |

5.  The **individuals living in my household** have checking accounts, savings accounts, or similar type of accounts at the following institutions:

| Name of Institution | Type of Account | Balance |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

We have cash on hand in the total amount of $ _____.

6. I do not own real estate; or,

I have an ownership interest in real estate at _____,
(Insert address or addresses)

and the assessed value is $_____ and the mortgage balance is $_____.

(Cross out the sentence that is not applicable)

7. The total monthly expenses of my household is:

Housing (Rent, Contract, or Mortgage) _____ 645
Utilities (Gas, Electric, Water, Phone, etc.) _____ 420
Food _____ 680
Child Care _____
Medical Bills _____
Transportation _____
Insurance (car, medical and/or property) _____
Child Support _____ 450
Other (please describe) _____

**Total** = 1995

8. The **individuals living in my household** have the following credit cards:

Name of Card          Amount of credit available

_____     _____
_____     _____
_____     _____

I request that this Court waive all costs of this action and allow me to proceed without the payment of any filing fees or other costs.

I affirm under the penalties of perjury that the foregoing representations are true.

11-21-20
Date                            Signature

**(All of the blanks in Paragraphs 3 through 8 must be filled out. If your answer is none, then insert "none" in the blank. The Court will not accept a motion that is not fully completed)**

STATE OF INDIANA

COUNTY OF ALLEN

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN  46802
Telephone: (260) 449-3491

AARON BRILES AND SARA BRETTELL

      Plaintiffs

AND/VS

Case Number:

# SUMMONS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

      Defendants

TO:   Spherion Staffing, LLC
      c/o Highest Ranking Official
      4112 East State Blvd.
      Fort Wayne, Indiana 46815

You have been sued by the person(s) named above.   The claim made against you is attached to this summons; please examine all pages carefully.   The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

__XX__   Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                              commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____   Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                              commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.**   The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.   If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.   **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: ____12/28/2020____

_Christopher M. Nancarrow_ BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers         (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

                     (Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State                  Zip Code

(260) 424-0600           10043-02
Telephone Number       Attorney Number

ALLEN COUNTY CLERK
**SEAL**
INDIANA

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____   personal service
_____   leaving a copy at dwelling or place of employment

**OTHER** manner of service:
__XX__   attorney to serve
_____   private process server, _____
_____   other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
_____   regular mail
_____   certified mail
_____   publication

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

**DEC 28 2020**

Date Issued: _____

Date Issued: _____

*Christopher M. Nancarrow* —BB

Clerk of the Allen Circuit and Superior Courts

Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____.

Signature of Party          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**        (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
　　　(B) with the spouse, named:
　　　(C) with a relative, named:
　　　(D) at the residence, located at:
　　　(E) with the employer, named: _____

(E) with a secretary, named:
(F) with the attorney, named:
(H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

_____

Last known address of person named in the document (or Change of Address)

I did <u>not</u> serve a copy of this Summons because: (_____)

| | | | |
|---|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) | the party was on VACATION. |
| (J) | the document EXPIRED. | (S) | the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) | the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) | the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) | INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) | they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) | several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) | of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | | |

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____                              _____
Date Served / Attempted          Time Served / Attempted     Signature of Sheriff of Allen County, Indiana (or other officer)

_____                              By: _____
(Printed Name of Process Server)                 Signature of Process Server

**Attention Carrier on Route #C08B**

This piece is being monitored for
Delivery and Scanning accuracy

Non-Machinable Parcel

IMpbConfirmation11x8FlatLabel v2016.09.29.91

# ELECTRONIC SCAN REQUIRED

## F

## USPS FIRST-CLASS®

Zone 1

CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN 46802-1805

SPHERION STAFFING LLC
4112 E STATE BLVD
FORT WAYNE, IN 46815-6911

**USPS SIGNATURE TRACKING #**

9202 1901 0661 5400 0157 9385 24

Electronic Rate Approved #901066154

CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN 46802-1805



## FIRST-CLASS®

DCT-20-627 12/28/20 Sum com App Ord BB



Allen Superior Court 9

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

        Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

        Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN 46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:    Corporation Service Company
       c/o Spherion Staffing, LLC
       135 N. Pennsylvania Street, Suite 1610
       Indianapolis, Indiana 46204

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

  **XX**   Certified Mail     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                   commencing the day after you receive this summons, or judgment may be entered against you as claimed.

  _____   Personal Service   You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                   commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.** The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  12/28/2020
      _____

Christopher C. Myers      (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State           Zip Code

(260) 424-0600        10043-02
Telephone Number     Attorney Number

*Christopher M. Nancarrow*  BB
CHRISTOPHER M. NANCARROW
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

(Seal)

    ALLEN COUNTY CLERK
    **SEAL**
    INDIANA

## MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
  _____   personal service
  _____   leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
  _____   regular mail
  _____   certified mail
  _____   publication

**OTHER** manner of service:
  **XX**   attorney to serve
  _____   private process server, _____
  _____   other (describe in particular and note Trial Rule)

08/2000   sum (CLK 298,fb)

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

**DEC 2 8 2020**

Date Issued: _____

Date Issued: _____

*Christopher M Nancarrow* BB

Clerk of the Allen Circuit and Superior Courts

Clerk of the Allen Circuit and Superior Courts

## ADMISSION OF SERVICE

I received a copy of this Summons on this date _____ and at this location: _____

_____ .

Signature of Party        Relationship (if not within named person)

## RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER

Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:        (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
    (B) with the spouse, named:
    (C) with a relative, named:
    (D) at the residence, located at:
    (E) with the employer, named:

    (E) with a secretary, named:
    (F) with the attorney, named:
    (H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

Last known address of person named in the document (or Change of Address)

I did not serve a copy of this Summons because: (_____)

(I)  The party was NOT FOUND / NO SUCH ADDRESS.
(J)  the document EXPIRED.
(K)  the party AVOIDED service.
(L)  the party REFUSED service.
(M)  the party was NO LONGER EMPLOYED at the address.
(N)  the document was RETURNED by the authority of the Plaintiff.
(O)  the party is DECEASED.
(P)  the party was UNKNOWN AT THAT ADDRESS.
(Q)  the party was on SICK LEAVE / LAY OFF.

(R)  the party was on VACATION.
(S)  the party was NOT FOUND / VACANT.
(T)  the party was NOT FOUND / MOVED.
(U)  the party was NOT FOUND IN THIS BAILIWICK.
(V)  INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W)  they are NO LONGER IN BUSINESS.
(X)  several attempts were made / UNABLE TO SERVE.
(Y)  of the following reason (OTHER-specify):

## I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

Date Served / Attempted        Time Served / Attempted        Signature of Sheriff of Allen County, Indiana (or other officer)

By: _____

(Printed Name of Process Server)        Signature of Process Server

Attention Carrier on Route #C009

This piece is being monitored for
Delivery and Scanning accuracy

IMpbConfirmation11x8FlatLabel v2016.09.29.91

Non-Machinable Parcel

ELECTRONIC SCAN REQUIRED

**F**

# USPS FIRST-CLASS®

Zone 2

CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN 46802-1805

CORPORATION SERVICE COMPANY
135 N PENNSYLVANIA ST STE 1610
INDIANAPOLIS, IN 46204-2448

**USPS SIGNATURE TRACKING #**

9202 1901 0661 5400 0157 9395 52

Electronic Rate Approved #901066154

CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN 46802-1805



FIRST-CLASS®

DCT-20-627 12/28/20 Sum com App Ord BB



STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

        Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

        Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN  46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:    Weaver Popcorn Manufacturing, Inc.
       c/o Highest Ranking Official
       408 West Landess Street
       Van Buren, Indiana 46991

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

  **XX**    Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**,
                      commencing the day after you receive this summons, or judgment may be entered against you as claimed.

  _____    Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**,
                      commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**.  The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  12/28/2020

_Christopher M. Nancarrow_ BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers        (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

        (Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State            Zip Code

(260) 424-0600        10043-02
Telephone Number    Attorney Number

(Seal — ALLEN COUNTY CLERK / SEAL / INDIANA)

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
  _____    personal service
  _____    leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
  _____    regular mail
  _____    certified mail
  _____    publication

**OTHER** manner of service:
  **XX**    attorney to serve
  _____    private process server, _____
  _____    other (describe in particular and note Trial Rule)

08/2000    sum (CLK 298,fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: **DEC 28 2020**

Date Issued: _____

_Christopher M Narconon_ BB

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____.

_____
Signature of Party        Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**    (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
    (B) with the spouse, named:                 (E) with a secretary, named:
    (C) with a relative, named:                  (F) with the attorney, named:
    (D) at the residence, located at:            (H) with this person (other-specify):
    (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____

Last known address of person named in the document (or Change of Address)

**I did _not_ serve a copy of this Summons because: (_____)**

(I)    The party was NOT FOUND / NO SUCH ADDRESS.          (R)   the party was on VACATION.
(J)    the document EXPIRED.                               (S)   the party was NOT FOUND / VACANT.
(K)    the party AVOIDED service.                          (T)   the party was NOT FOUND / MOVED.
(L)    the party REFUSED service.                          (U)   the party was NOT FOUND IN THIS BAILIWICK.
(M)    the party was NO LONGER EMPLOYED at the address.    (V)   INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(N)    the document was RETURNED by the authority of the Plaintiff.  (W)   they are NO LONGER IN BUSINESS.
(O)    the party is DECEASED.                              (X)   several attempts were made / UNABLE TO SERVE.
(P)    the party was UNKNOWN AT THAT ADDRESS.              (Y)   of the following reason (OTHER-specify):
(Q)    the party was on SICK LEAVE / LAY OFF.

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____    _____    _____
Date Served / Attempted        Time Served / Attempted        Signature of Sheriff of Allen County, Indiana (or other officer)

By: _____

_____        _____
(Printed Name of Process Server)                            Signature of Process Server

**Attention Carrier on Route #R075**

This piece is being monitored for Delivery and Scanning accuracy

IMpbConfirmation11x8FlatLabel v2016.09.29.91

Non-Machinable Parcel

# ELECTRONIC SCAN REQUIRED

**F**

## USPS FIRST-CLASS®

Zone 2

CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN 46802-1805

WEAVER POPCORN MANUFACTURING INC
408 W LANDESS ST
VAN BUREN, IN 46991-9620

USPS SIGNATURE TRACKING #

9202 1901 0661 5400 0157 9383 19

Electronic Rate Approved #901066154



CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN 46802-1805

FIRST-CLASS®

DCT-20-627 12/28/20 Sum com App Ord BB



Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

92D09-2012-CT-000627

Allen Superior Court 9

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

        Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

        Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN  46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:   Brian Hamilton, Registered Agent
      c/o Weaver Popcorn Manufacturing, Inc.
      4485 South Perry Worth Road
      Whitestown, Indiana 46705

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

  **XX**    Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                           commencing the day after you receive this summons, or judgment may be entered against you as claimed.

  _____    Personal Service     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                           commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.**  The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  12/28/2020

*Christopher M. Nancarrow*  BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers        (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

      (Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State                Zip Code

(260) 424-0600            10043-02
Telephone Number        Attorney Number

*(Seal: ALLEN COUNTY CLERK — SEAL — INDIANA)*

## MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
  _____    personal service
  _____    leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
  _____    regular mail
  _____    certified mail
  _____    publication

**OTHER** manner of service:
  **XX**   attorney to serve
  _____   private process server,_____
  _____   other (describe in particular and note Trial Rule)

08/2000   sum (CLK 298,fb)

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service □ was □ was not made, according to the information contained therein.

Date Issued: **DEC 2 8 2020**

Date Issued: _____

*Christopher M Nancarrow* BB
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____.

_____
Signature of Party      Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:      ( _____ )

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:           (E) with a secretary, named:
        (C) with a relative, named:           (F) with the attorney, named:
        (D) at the residence, located at:     (H) with this person (other-specify):
        (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____.

Last known address of person named in the document (or Change of Address)

I did _not_ serve a copy of this Summons because: ( _____ )

| | | |
|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) the party was on VACATION. |
| (J) | the document EXPIRED. | (S) the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | |

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____      _____      _____
Date Served / Attempted        Time Served / Attempted        Signature of Sheriff of Allen County, Indiana (or other officer)

_____    By: _____
(Printed Name of Process Server)        Signature of Process Server

IMpbConfirmation11x6FlatLabel v2016.09.29.91

**Attention Carrier on Route #R001**

This piece is being monitored for
Delivery and Scanning accuracy

# Non-Machinable Parcel

# ELECTRONIC SCAN REQUIRED

**F**

## USPS FIRST-CLASS®



Zone 2

CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN  46802-1805

BRIAN HAMILTON
WEAVER POPCORN MANUFACTURING
4485 S PERRY WORTH RD
WHITESTOWN, IN  46075-8804

**USPS SIGNATURE TRACKING #**

9202 1901 0661 5400 0157 9384 49

Electronic Rate Approved #901066154



CHRISTOPHER M. NANCARROW
CLERK OF ALLEN CIRCUIT AND SUP
715 S CALHOUN ST RM 201
FORT WAYNE, IN  46802-1805

## FIRST-CLASS®

DCT-20-627 12/28/20 Sum com App Ord BB





| STATE OF INDIANA | ) | ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. 02D09-2012-CT-000627 |

AARON BRILES and )
SARA BRETTELL, )
            Plaintiffs, )
        ) **ORDER GRANTING FEE WAIVER**
vs. )
        )
WEAVER POPCORN AND )
SPHERION, )
            Defendant. )

On December 23, 2020, the Petitioner filed a Verified Motion for Fee Waiver filed pursuant to Indiana Code §33-37-3-2, which the Court has reviewed.  The motion is GRANTED.

Accordingly, Petitioner may file this case without the pre-payment of any filing fees, costs, security, bond, or other expenses.

The Court will later determine whether any additional costs must be paid by the Petitioner.

December 28, 2020            _____ TG
                                    **JUDGE CRAIG J. BOBAY**

**Due to the current health issue and to limit the spread of illnesses, hearings shall be conducted by telephone.  Counsel may participate by telephone by making arrangements through CourtCall (1-888-882-6878) in advance of the hearing.**

**If you are not represented by an attorney, you must participate by telephone. You should contact the Court at least 24 hours in advance of the hearing at (260) 449-7463 or by email at daisy.harnish@allensuperiorcourt.us to provide a telephone number at which the Court can reach you. Failure to make arrangements for telephonic participation will result in the Court conducting the proceeding without the participation of the party, and may result in default or other adverse consequences for that party.**

| | | |
|---|---|---|
| STATE OF INDIANA | )  SS | IN THE ALLEN SUPERIOR COURT |
| COUNTY OF ALLEN | ) | CAUSE NO. 02D09-2012-CT-000627 |

| | | |
|---|---|---|
| AARON BRILES and SARA BRETTELL | ) | ORDER FOR CASE MANAGEMENT CONFERENCE |
| Plaintiff(s), | ) | |
| vs. | ) | |
| WEAVER POPCORN MANUFACTURING, INC., and SPHERION STAFFING, LLC, | ) | |
| Defendant(s). | ) | |

This cause has been assigned to **JUDGE DAVID J. AVERY**.

**PLAINTIFF IS DIRECTED TO SERVE A COPY OF THIS ORDER SETTING CASE MANAGEMENT CONFERENCE ON DEFENDANT(S).**

The parties or their attorneys to this action are hereby directed to appear before said Judge of this Court **March 15, 2021**, at **9:30 a.m.** for a conference to consider:

**A.** Appointment of a mediator and the scheduling of a mediation date;  **B.** Discussion of jury requests/waiver;  **C.** Contested and stipulated facts and legal issues; **D.** Contentions of the parties; **E.** The discussion of issues/simplification of issues; **F.** The determination of types of discovery and scheduling deadlines; **G.** Discussion of expert witnesses; **H.** The discussion of dispositive motion issues and the setting of the motions for hearings; **I.** The scheduling of additional Pre-Trial Conference(s).

**\*\*\***     **IMPORTANT:** You will **NOT** be permitted to enter the Allen County Courthouse with a cell phone or other electronic devise unless you are an attorney with an approved Allen County identification badge.  if you wish to obtain an identification badge, please call 260-449-3412.

Each party must be represented at the Case Management Conference by the attorney who expects to try this case and who shall come with authority to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

**\*\*\***     **PARTIES MAY ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY BY MAKING ARRANGEMENTS IN ADVANCE OF THE DAY OF THE HEARING BY CALLING COURTCALL AT 1-888-882-6878.**

As a result of the Case Management Conference, the Court may limit the time to complete or to file any pre-trial motions; set a date for any final pre-trial or other conference, and/or establish a schedule for the filing of any proposed pre-trial order, stipulations, or lists of witnesses and exhibits. The schedule established as a result of the Case Management Conference shall **not** be modified except by order of Court upon a showing of good cause. Said parties shall also have authority to agree upon a mediator. **SO ORDERED.**

**January 4, 2021**

DAVID J. AVERY, JUDGE
ALLEN SUPERIOR COURT

DISTRIBUTED TO PLAINTIFF FOR SERVICE WITH SUMMONS AND COMPLAINT TO DEFENDANT(S)

Date Produced: 01/05/2021

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Signature Confirmation™ item number 9202 1901 0661 5400 0157 9385 24. Our records indicate that this item was delivered on 01/04/2021 at 01:39 p.m. in FORT WAYNE, IN 46835. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 920219010661540001579385 24
DCT-20-627 12/28/20 Sum com App Ord BB
SPHERION STAFFING LLC
4112 E State Blvd
Fort Wayne, IN  46815-6911

**02D09-2012-CT-000627**

Allen Superior Court 9

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN   46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:   Spherion Staffing, LLC
c/o Highest Ranking Official
4112 East State Blvd.
Fort Wayne, Indiana 46815

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

__XX__   Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____   Personal Service      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.**  The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: __12/28/2020__

*Christopher M. Nancarrow* BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers                    (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

(Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State                              Zip Code

(260) 424-0600                    10043-02
Telephone Number              Attorney Number

**SEAL**
ALLEN COUNTY CLERK
INDIANA

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____   personal service
_____   leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____   regular mail
_____   certified mail
_____   publication

**OTHER** manner of service:
__XX__   attorney to serve
_____   private process server, _____
_____   other (describe in particular and note Trial Rule)

08/2000   sum (CLK 258,6b)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

**DEC 28 2020**

Date Issued: _____

Date Issued: 1-4-21

*Christopher M. Narcomow* —BB

*Christopher M. Narcomow* —BB

Clerk of the Allen Circuit and Superior Courts

Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____

Signature of Party       Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:     ( _____ )

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
    (B) with the spouse, named:
    (C) with a relative, named:
    (D) at the residence, located at:
    (E) with the employer, named: _____

    (E) with a secretary, named:
    (F) with the attorney, named:
    (H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

Last known address of person named in the document (or Change of Address)

I did not serve a copy of this Summons because: ( _____ )

| | | | |
|---|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) | the party was on VACATION. |
| (J) | the document EXPIRED. | (S) | the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) | the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) | the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) | INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) | they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) | several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) | of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | | |

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

Date Served / Attempted          Time Served / Attempted          Signature of Sheriff of Allen County, Indiana (or other officer)

By: _____

(Printed Name of Process Server)          Signature of Process Server

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/15/2021

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Signature Confirmation™ item number 9202 1901 0661 5400 0157 9395 52. Our records indicate that this item was delivered on 01/14/2021 at 09:40 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92021901066154000157939552
DCT-20-627 12/28/20 Sum com App Ord BB
CORPORATION SERVICE COMPANY
135 N Pennsylvania St Ste 1610
Indianapolis, IN  46204-2448

**02D09-2012-CT-000627**

Allen Superior Court 9

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

STATE OF INDIANA

COUNTY OF ALLEN

AARON BRILES AND SARA BRETTELL

Plaintiffs

AND/VS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

Defendants

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN   46802
Telephone: (260) 449-3491

Case Number:

# SUMMONS

TO:   Corporation Service Company
c/o Spherion Staffing, LLC
135 N. Pennsylvania Street, Suite 1610
Indianapolis, Indiana 46204

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

____XX____ Certified Mail        You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____ Personal Service     You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.** The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:  ____12/28/2020____

*Christopher M. Nancarrow*   BB
CHRISTOPHER M. NANCARROW
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers                (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

809 South Calhoun Street, Suite 400        .
Street Address

Fort Wayne, IN 46802
City, State                          Zip Code

(260) 424-0600    ·                10043-02
Telephone Number           Attorney Number

(Seal)

ALLEN COUNTY CLERK
**SEAL**
INDIANA

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____   personal service
_____   leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____   regular mail
_____   certified mail
_____   publication

**OTHER** manner of service:
___XX___   attorney to serve
_____   private process server, _____
_____   other (describe in particular and note Trial Rule)
_____

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service □ was □ was not made, according to the information contained therein.

**DEC 28 2020**

Date Issued: _____

Date Issued: _____

*Christopher M Nancarrow* BB

Clerk of the Allen Circuit and Superior Courts

Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .

Signature of Party          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:          (_____)

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
    (B) with the spouse, named:
    (C) with a relative, named:
    (D) at the residence, located at:
    (E) with the employer, named:

    (E) with a secretary, named:
    (F) with the attorney, named:
    (H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

Last known address of person named in the document (or Change of Address)

I did <u>not</u> serve a copy of this Summons because: (_____)

(I) The party was NOT FOUND / NO SUCH ADDRESS.
(J) the document EXPIRED.
(K) the party AVOIDED service.
(L) the party REFUSED service.
(M) the party was NO LONGER EMPLOYED at the address.
(N) the document was RETURNED by the authority of the Plaintiff.
(O) the party is DECEASED.
(P) the party was UNKNOWN AT THAT ADDRESS.
(Q) the party was on SICK LEAVE / LAY OFF.

(R) the party was on VACATION.
(S) the party was NOT FOUND / VACANT.
(T) the party was NOT FOUND / MOVED.
(U) the party was NOT FOUND IN THIS BAILIWICK.
(V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W) they are NO LONGER IN BUSINESS.
(X) several attempts were made / UNABLE TO SERVE.
(Y) of the following reason (OTHER-specify):

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

Date Served / Attempted          Time Served / Attempted          Signature of Sheriff of Allen County, Indiana (or other officer)

By: _____

(Printed Name of Process Server)          Signature of Process Server

**UNITED STATES**
**POSTAL SERVICE**.

Date Produced: 01/15/2021

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Signature Confirmation™ item number 9202 1901 0661 5400 0157 9383 19. Our records indicate that this item was delivered on 01/14/2021 at 10:27 a.m. in VAN BUREN, IN 46991. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :       **408 W LANDESS ST VAN**
                            **BUREN, IN 46991**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 920219010661540000157938319
DCT-20-627 12/28/20 Sum com App Ord BB
WEAVER POPCORN MANUFACTURING INC
408 W Landess St
Van Buren, IN  46991-9620

**02D09-2012-CT-000627**

*Allen Superior Court 9*

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

STATE OF INDIANA

COUNTY OF ALLEN

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN  46802
Telephone: (260) 449-3491

<u>AARON BRILES AND SARA BRETTELL</u>

Plaintiffs

AND/VS

<u>WEAVER POPCORN MANUFACTURING, INC.,</u>
<u>And SPHERION STAFFING, LLC</u>

Defendants

Case Number:

# SUMMONS

TO:   Weaver Popcorn Manufacturing, Inc.
      c/o Highest Ranking Official
      408 West Landess Street
      Van Buren, Indiana 46991

You have been sued by the person(s) named above.  The claim made against you is attached to this summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

__XX__   Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                             commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____   Personal Service   You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                             commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.**  The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer.  If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: __12/28/2020__

_Christopher C. Myers_      (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

_809 South Calhoun Street, Suite 400_
Street Address

_Fort Wayne, IN 46802_
City, State                        Zip Code

_(260) 424-0600_            __10043-02__
Telephone Number          Attorney Number

*Christopher M. Nancarrov* BB
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

(Seal)

*ALLEN COUNTY CLERK*
**SEAL**
*INDIANA*

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____   personal service
_____   leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____   regular mail
_____   certified mail
_____   publication

**OTHER** manner of service:
__XX__   attorney to serve
_____   private process server, _____
_____   other (describe in particular and note Trial Rule)
_____

08/2000   sum (CLK 298,fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: DEC 2 8 2020

Date Issued: 1-14-21

_Christopher M Nancarrow_ BB

_Christopher M Nancarrow_ BB

Clerk of the Allen Circuit and Superior Courts

Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____.

Signature of Party          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:        ( _____ )

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
(B) with the spouse, named:                   (E) with a secretary, named:
(C) with a relative, named:                     (F) with the attorney, named:
(D) at the residence, located at:             (H) with this person (other-specify):
(E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

_____

Last known address of person named in the document (or Change of Address)

I did not serve a copy of this Summons because: ( _____ )

(I)     The party was NOT FOUND / NO SUCH ADDRESS.
(J)     the document EXPIRED.
(K)    the party AVOIDED service.
(L)     the party REFUSED service.
(M)    the party was NO LONGER EMPLOYED at the address.
(N)    the document was RETURNED by the authority of the Plaintiff.
(O)    the party is DECEASED.
(P)     the party was UNKNOWN AT THAT ADDRESS.
(Q)    the party was on SICK LEAVE / LAY OFF.

(R)    the party was on VACATION.
(S)     the party was NOT FOUND / VACANT.
(T)     the party was NOT FOUND / MOVED.
(U)    the party was NOT FOUND IN THIS BAILIWICK.
(V)    INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W)   they are NO LONGER IN BUSINESS.
(X)    several attempts were made / UNABLE TO SERVE.
(Y)    of the following reason (OTHER-specify):

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____          _____          _____
Date Served / Attempted          Time Served / Attempted          Signature of Sheriff of Allen County, Indiana (or other officer)

_____          By: _____
(Printed Name of Process Server)          Signature of Process Server

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/18/2021

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Signature Confirmation™ item number 9202 1901 0661 5400 0157 9384 49. Our records indicate that this item was delivered on 01/15/2021 at 12:21 p.m. in WHITESTOWN, IN 46075. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **4485 S PERRY WORTH RD**
**WHITESTOWN, IN 46075**

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 920219010661540001579384 49
DCT-20-627 12/28/20 Sum com App Ord BB
BRIAN HAMILTON
Weaver Popcorn Manufacturing
4485 S Perry Worth Rd
Whitestown, IN  46075-8804

**02D09-2012-CT-000627**

Allen Superior Court 9

Filed: 12/23/2020 4:02 PM
Clerk
Allen County, Indiana
BB

STATE OF INDIANA

COUNTY OF ALLEN

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN 46802
Telephone: (260) 449-3491

AARON BRILES AND SARA BRETTELL

Plaintiffs

Case Number:

AND/VS

# SUMMONS

WEAVER POPCORN MANUFACTURING, INC.,
And SPHERION STAFFING, LLC

Defendants

TO:  Brian Hamilton, Registered Agent
c/o Weaver Popcorn Manufacturing, Inc.
4485 South Perry Worth Road
Whitestown, Indiana 46705

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

___XX___ Certified Mail  You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____ Personal Service  You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.** The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: _12/28/2020_____

*Christopher M. Nancarrow* BB

**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers              (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

(Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State                        Zip Code

(260) 424-0600                      10043-02
Telephone Number              Attorney Number

**SEAL**
ALLEN COUNTY CLERK
INDIANA

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____  personal service
_____  leaving a copy at dwelling or place of employment

**CLERK** shall serve this Summons as follows:
_____  regular mail
_____  certified mail
_____  publication

**OTHER** manner of service:
__XX__  attorney to serve
_____  private process server, _____
_____  other (describe in particular and note Trial Rule)

08/2000      sum (CLK 298,fb)

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: DEC 28 2020

Date Issued: 1-5-21

*Christopher M Newcomer* ~BB

Clerk of the Allen Circuit and Superior Courts

*Christopher M Newcomer* ~BB

Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____

Signature of Party        Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:        ( _____ )

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
    (B) with the spouse, named:
    (C) with a relative, named:
    (D) at the residence, located at:
    (E) with the employer, named: _____

    (E) with a secretary, named:
    (F) with the attorney, named:
    (H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

_____

Last known address of person named in the document (or Change of Address)

I did **not** serve a copy of this Summons because: ( _____ )

(I)    The party was NOT FOUND / NO SUCH ADDRESS.
(J)    the document EXPIRED.
(K)    the party AVOIDED service.
(L)    the party REFUSED service.
(M)    the party was NO LONGER EMPLOYED at the address.
(N)    the document was RETURNED by the authority of the Plaintiff.
(O)    the party is DECEASED.
(P)    the party was UNKNOWN AT THAT ADDRESS.
(Q)    the party was on SICK LEAVE / LAY OFF.

(R)    the party was on VACATION.
(S)    the party was NOT FOUND / VACANT.
(T)    the party was NOT FOUND / MOVED.
(U)    the party was NOT FOUND IN THIS BAILIWICK.
(V)    INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W)    they are NO LONGER IN BUSINESS.
(X)    several attempts were made / UNABLE TO SERVE.
(Y)    of the following reason (OTHER-specify):

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____

Date Served / Attempted        Time Served / Attempted        Signature of Sheriff of Allen County, Indiana (or other officer)

By: _____

(Printed Name of Process Server)        Signature of Process Server