IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AARON BRILES AND SARA BRETTELL, <br><br> Plaintiffs, <br> v. <br><br> WEAVER POPCORN MANUFACTURING, <br><br> Defendant. | Case No. 1:21-cv-00040-HAB |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant Weaver Popcorn Manufacturing, Inc. ("Weaver"), by counsel, moves for summary judgment as to all claims asserted by plaintiffs Aaron Briles and Sara Brettell in this lawsuit. Weaver seeks summary judgment because there are no genuine issues of material fact, and Weaver is therefore entitled to judgment as a matter of law on all claims. This motion is accompanied by Defendant's Appendix of Materials and Defendant's Memorandum in Support of Motion for Summary Judgment.

Dated: January 25, 2022    Respectfully submitted,

*Blake J. Burgan*
Blake J. Burgan, #18350-49
Erica M. Knear, #35028-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
bburgan@taftlaw.com
eknear@taftlaw.com

*Counsel for Defendant*