IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AARON BRILES and<br>SARA BRETTELL,<br><br>        Plaintiffs,<br>v.<br><br>WEAVER POPCORN<br>MANUFACTURING, INC.,<br><br>        Defendant. | Case No. 1:21-cv-00040-HAB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of a settlement between the parties, plaintiffs Aaron Briles and Sara Brettell and defendant Weaver Popcorn Manufacturing, Inc., stipulate and agree to the dismissal of all claims in this lawsuit with prejudice. In addition, the parties agree to pay their respective costs and fees without reimbursement.

Respectfully submitted,

| | |
|---|---|
| *Christopher C. Myers (with consent)*<br>Christopher C. Myers, #10043-02<br>Christopher C. Myers & Associates<br>809 S. Calhoun Street, Suite 400<br>Fort Wayne, IN 46802<br>Telephone: (260) 424-0600<br>Facsimile: (260) 424-0712<br>E-mail: cmyers@myers-law.com<br><br>*Counsel for Plaintiffs* | *Erica M. Knear*<br>Blake J. Burgan, #18350-49<br>Erica M. Knear, #35028-53<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023<br>(317) 713-3500 – phone<br>(317) 713-3699 – fax<br>bburgan@taftlaw.com<br>eknear@taftlaw.com<br><br>*Counsel for Defendant* |